

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                 312-435-5670
**Clerk**

8/22/2017

U.S. D.C. of the Northern District of California
Phillip Burton
   United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

Re:   Stokar v. Audi of America, LLC et al

USDC Case Number:   16-cv-10456

MDL Number:   2672

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered
by the MDL Judicial Panel on 8/17/2017**:**

☒ Was electronically transmitted to: Northern District of California

☐ Paper documents sent via certified mail:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                            Sincerely.
                                            Thomas G. Bruton, Clerk

                                            By:      /s/ Paula Harrison
                                                      Deputy Clerk

Enclosures

**New Case No.** _____            **Date** _____

cc:      Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016